FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

****************************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1)   the average monthly deposits to your prison account for the past six months; or

2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

****************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court. Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. _____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EG - 7632
(Inmate Number)

Nathaniel Newell
(Name of Plaintiff)

10745, Rt 18, A
(Address of Plaintiff)

Albion, PA 16475-0002

vs.

J.M. Seliler, P.M.S
(Names of Defendants)

1: CV 01-0161
(Case Number)

COMPLAINT

FILED
SCRANTON

JAN 26 2001

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ✓ Yes ___ No

      If your answer is no, explain why not _____

   C. Is the grievance process completed? ✓ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position the second blank, and his/her place of employment in the third blank. Use Item B for the name positions and places of employment of any additional defendants.)

A. Defendant **J.M. Seliler, P.N.S.** is employe

   as **a Dentist** at **Camp Hill, PA 17001-883**

B. Additional defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involv including dates and places. Do not give any legal arguments or cite any cases or statutes. Atta extra sheets if necessary.)

1. I went to see the dentist on 10.25.2000. at camp hill to get Left back tooth pull by Mr. J.M. Seliler. P.N.S and The dentist Left A peace of tooth in my mouth. and at this time Iam In pain and stressing about this matter. I saw the dentist here at Alb. Prison S. C. I. and they took X'Ray's on 12.5. 2000 of my tooth. and he want to dig down in my gum to try to get the b ing peace out that Mr. J.M. Seliler. left in my mouth at camp S.C.I. and I told him that I was in alot of pain at that time a The dentist up here said he don't know if it was a tooth are a bone that the X.Ray showing in my mouth, but it was a tooth be

2. Mr. Dr. Gordon. took A X'Ray on december 28/2000 And he said th The X'Ray show's that the tooth broke off some more. And chip off another peace of tooth. when I was eating my food in t dinner hall. if the dentist would have finish my tooth I would'nt have to go through this pain and Stressing Worring about me getting Infections In my Gum's . who noss in two year's later I can be Infected.

3. _____

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite cases or statutes.)

1. Gowing Though the pain of a Mouth Practice Dentist that I can

   Be Infected two year's later down the line over the peace of to

   Mr.J.M. Seliler left in my mouth at camp hill. S.C.I..and I chi

   My Tooth from one of the peace's that he left in my mouth.

2. and it show's on my X. Ray's of what's going on with my tooth

   And Gum's Repair of the affected tooth and $100,000 From plainti

3. 

Signed this __19__ day of __JAN.__, __2001__.

_Nathaniel Newell_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__1/19/2001__         _Nathaniel Newell_
(Date)                (Signature of Plaintiff)

DC-804

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

RECEIVED
SUA ATTACHMENT #4
DEC 1 5 2000
Referred _____

Grievance No CAM-0737-00

**Official Inmate Grievance - Review by Grievance Officer**
Complaint File Number Assigned by Grievance Officer

| To: Number | Name | Quarters Assignment | Date |
|---|---|---|---|
| EG-7632 | Mr. Nathan Newell | JA 38 Cell | 12-8-00 |

This complaint has been reviewed. Below is a summary of my review and/or investigation and recommendations. Objections may be filed with the Superintendent within five (5) days.

# 1: CV 01-0161

Jr Albert.
No medical record available

Dragovich
Pups
Lieut
Inmate
Cent F.l.

**DC-455 Prescription Envelope**
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
Date 10-25-00   Inst. No. EG 7632
Name Newell
Take 1 tab every 12 hours
Medicine 2 # 16   Dr. _____ MS
3 tabs. Naprosyn 5u

Signature of Grievance Officer _____   Date 12-14-00

DC-804
PART 1



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

OFFICIAL INMATE GRIEVANCE

GRIEVANCE NO. C106-606-0

| TO: GRIEVANCE COORDINATOR | INSTITUTION: S.C.I Albion | DATE: 11, 28, 2000 |
|---|---|---|
| FROM: (Commitment Name & Number) Mr. Nathaniel Newell E-G 7632 | INMATE'S SIGNATURE: Mr. Nathaniel Newell | |
| WORK ASSIGNMENT: Pay Roll | QUARTERS ASSIGNMENT: J.A. 38 Cell | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

When I was down Camp Hill to see the Dentist on 10/25/2000 to have my tooth pulled by Mr. J.M Seliler P.N.S and he left a peace of tooth in my mouth, and at this time, I am in pain. When I saw the dentist here He told me that He could'nt not touch the tooth because it wasn't his work, and if I wanted any thing done about it, I would have to contact Camp Hill about it, or put in a grivence about it

**B. Actions taken and staff you have contacted before submitting this grievance:**

It's about my tooth, and I am in pain, because Camp Hill didn't Conplete his Job on my tooth and I'm Stressing about This situation, and in pain.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                                    Date

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution at Albion
December 7, 2000

SUBJECT: CONSOLIDATED INMATE GRIEVANCE REVIEW SYSTEM

TO: Nathaniel Newell
EG-7632   J/A 38

FROM: David C. Sanner
Superintendent's Assistant

I am returning your grievance because you have not complied with the following provision(s) of DC-ADM 804, dated October 20, 1994, Consolidated Inmate Grievance Review System.

\_\_\_ All grievances shall be in writing and in the format provided by the forms supplied by the institution. Forms are available in the unit.

\_\_\_ All grievances shall be presented individually. Group grievances are prohibited.

\_\_\_ Only an inmate who has been personally affected shall be permitted to seek review.

\_\_\_ Grievances must be signed.

\_\_\_ All grievances must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text of the grievance must be legible and presented in a courteous manner.

\_\_\_ Grievances based upon different events should be presented separately, unless necessary to combine to support the claim.

\_\_\_ Exceptions: Initial Review and Appeal from Initial Review of issues related to the following Administrative Directives shall be in accordance with procedures outlined therein, and will not be reviewed by the Grievance Officer or Grievance Coordinator. 1. DC ADM 805 - Policy & Procedures for Obtaining Pre-Release Transfer.
2. DC ADM 801 - Inmate Disciplinary and Restricted Housing Unit Procedures. See DC ADM 801, VI, G & I.
3. DC ADM 802 - Administrative Custody Procedures. See DC ADM 802, VI, B, 1, 2. Appeal from Initial Review, see DC ADM 802, VI, B, 4, a.
4. DC ADM 814 - Incoming Publications. See 814-IIIB, Appeal from Initial Review, see 814-IIID.
Additionally, there may be other kinds of issues for which Initial Review Procedures have been previously established by Administrative Memorandum or Policy Statement.

\_\_\_ Initial reviews must be submitted within 15 calendar days after the events upon which the claims are based.

\_\_\_ Block B must be completed.

\_X\_ You are expected to resolve problems or differences with staff on an informal basis either through direct contact or by sending a request slip to appropriate staff.

\_X\_ Other: It appears this grievance is with the Dental Department at SCI-Camp Hill. If so, you should address it directly to them.

**If you have concerns about your medical/dental treatment at SCI-Albion, you should submit a written request to Ms. Weyers, CHCA. After you have received a response, you may file a grievance in accordance with DC ADM 804.**

cc: Ms. Weyers
Mr. Lallier
Mr. Livingood, Superintendent's Assistant, SCI-Camp Hill
DC-15
File(606-00)

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. GAM-0139-00   Law

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR. LivinGood Superintendent Ass't | S.C.I Albion | 12/8/2000 |
| **FROM:** (Commitment Name & Number) | **INMATE'S SIGNATURE** | |
| MR. Nathaniel Newell E.G-7632 | MR. Nathaniel Newell | |
| **WORK ASSIGNMENT** | **QUARTERS ASSIGNMENT** | |
| Day Roll | J-A 38 cell | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

When I was down Camp Hill Prison to see the Dentist on 10/25/2000 to have my tooth pulled by Mr. J.M. Seliler, P.N.S, And He left a brokeing peace of tooth in my Mouth, And At this time, I am in pain.

The dentist up Here in Albion took A X.R of My tooth that Camp Hill suppose to pulled completly out, And the X.Ray Shows That A peace of tooth still up in My Gum.

Thank you?
Nathaniel Newell

**B. Actions taken and staff you have contacted before submitting this grievance:**

It's About My tooth, And I am in pain, because Camp Hill didn't Conplete His Job on My tooth, And I'm Stressing About this Situation.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                     12/12/00
Signature of Grievance Coordinator            Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy