# AUTHORIZATION
(Prisoner's Account Only)

Case No. 1: CV 01-0161

RECEIVED SCRANTON JAN 25 2001
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED SCRANTON JAN 26 2001
PER ___ DEPUTY CLERK

I, __Nathaniel Newell__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __19, JAN. 2001__, ~~2001~~

Mr. *Nathaniel Newell*
Signature of Prisoner