```
01/16/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ          DATE       CASE NO         FUND     DEF                           AMOUNT
*************************************************************************************************
                                           SCRANTON

80300275401.    01/15/02                    504100     0                            -35.00
80300275402.    01/15/02                    322360     0                             35.00
80300275501.    01/15/02    3:02-OP-1       6855XX     1                            -29.27
80300275502.    01/15/02                    5100PL     0                              3.31
80300275503.    01/15/02                    5100PL     0                             12.50
80300275504.    01/15/02                    5100PL     0                              3.46
80300275505.    01/15/02                    5100PL     0                             10.00

                                          DIVISION TOTAL                              0.00
```

FILED
SCRANTON
JAN 16 2002
PER _____ DEPUTY CLERK

CFR
(17)
(2N)
1-25-02

T 2755-5   $10.00   1:01-161   Newell

TERMED