```
03/13/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ         DATE       FUND      CASE NO              DEF              AMOUNT
********************************************************************************
                                      SCRANTON
80300281701.   03/12/02    086900                           0                -5.00
80300281702.   03/12/02    6855XX                           1                 5.00
80300281801.   03/12/02    504100                           0               -35.00
80300281802.   03/12/02    322360                           0                35.00
80300281901.   03/12/02    6855XX     3:02-OP-1             0               -13.43
80300281902.   03/12/02    0869PL                           1                 5.85
80300281903.   03/12/02    5100PL                           0                 4.00
80300281904.   03/12/02    5100PL                           0                 2.60
80300281905.   03/12/02    6855XX     3:02-OP-1             0                 0.98
80300282001.   03/12/02    0869PL                           1               -26.77
80300282002.   03/12/02    0869PL     3:02-OP-1             0                 1.37
80300282003.   03/12/02    5100PL                           0                22.66
80300282004.   03/12/02    504100                           0                 2.74
80300282101.   03/12/02    504100     3:01-CR-009-01        1               -37.00
80300282102.   03/12/02    6855XX     3:01-CR-009-01        1                37.00

                                                 DIVISION TOTAL              0.00
```

Rec 87246    3/11/02    $3.58    1:01-161  NEWELL

FILED
SCRANTON
MAR 13 2002
PER _____
    DEPUTY CLERK

3/11/02