```
04/09/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

TRNS-ADJ         DATE        FUND      CASE NO         DEF              AMOUNT
**********************************************************************************
                                       SCRANTON
80300285301.    04/09/02    504100    3:97-CR-025-01    1              -300.00
80300285302.    04/09/02    6855XX    3:97-CR-025-01    1               300.00
80300285401.    04/09/02    504100                      0               -50.00
80300285402.    04/09/02    504100    3:99-CR-289-01    1                50.00
80300285501.    04/09/02    6855XX    3:02-OP-1         1               -38.74
80300285502.    04/09/02    5100PL                      0                 4.10
80300285503.    04/09/02    0869PL                      0                 8.81
80300285504.    04/09/02    5100PL                      0                 7.46
80300285505.    04/09/02    5100PL                      0                 4.00
80300285506.    04/09/02    5100PL                      0                 6.12
80300285507.    04/09/02    0869PL                      0                 8.25

                                                   DIVISION TOTAL         0.00
```

Rec 87571   4/8/02   $8.25   1:01-161   Newer

FILED
SCRANTON
APR 0 9 2002
PER _____ DEPUTY CLERK

20
4/15/02

TERMED