1:01 CV 161

Termed — CFR

(21) KM
5/22/02

FILED
SCRANTON
MAY 13 2002
PER _____
DEPUTY CLERK

```
05/17/02          TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ    DATE        FUND      CASE NO      DEF          AMOUNT
*************************************************************************************

                                  SCRANTON

80300290001.  05/17/02  6855XX    3:02-OP-1     1          -41.38
80300290002.  05/17/02  5100PL                  0            3.70
80300290003.  05/17/02  0869PL                  0            8.29
80300290004.  05/17/02  5100PL                  0            5.28
80300290005.  05/17/02  5100PL                  0            7.70
80300290006.  05/17/02  5100PL                  0            4.61
80300290007.  05/17/02  5100PL                  0            9.00
80300290008.  05/17/02  5100PL                  0            2.80
80300290101.  05/17/02  6855XX    3:02-OP-1     1          -10.00
80300290102.  05/17/02  5100PL                  0           10.00
80300290201.  05/17/02  6855XX    3:02-OP-1     1         -132.74
80300290202.  05/17/02  5100PL                  0            4.56
80300290203.  05/17/02  0869PL                  0            9.06
80300290204.  05/17/02  5100PL                  0            2.88
80300290205.  05/17/02  5100PL                  0            5.32
80300290206.  05/17/02  0869PL                  0            8.30
80300290207.  05/17/02  5100PL                  0           42.30
80300290208.  05/17/02  0869PL                  0           18.28
80300290209.  05/17/02  5100PL                  0           24.02
80300290210.  05/17/02  5100PL                  0           18.32
80300290301.  05/17/02  6855XX    3:02-OP-1     1          -89.46
80300290302.  05/17/02  5100PL                  0           45.15
80300290303.  05/17/02  5100PL                  0           19.12
80300290304.  05/17/02  5100PL                  0           20.20
80300290305.  05/17/02  5100PL                  0            4.99

                                       DIVISION TOTAL       0.00
```

Rec 88050   5/13/02      $8.00     1:01 - 0161   Newton