```
06/19/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1

TRNS-ADJ       DATE      FUND      CASE NO         DEF                         AMOUNT
********************************************************************************

                                   SCRANTON

80300293301.  06/18/02  6855XX    3:02-OP-1         1                         -107.46
80300293302.  06/18/02  5100PL                      0                           26.69
80300293303.  06/18/02  5100PL                      0                            4.56
80300293304.  06/18/02  0869PL                      0                            1.30
80300293305.  06/18/02  5100PL                      0                            2.88
80300293306.  06/18/02  5100PL                      0                            5.60
80300293307.  06/18/02  0869PL                      0                            7.95
80300293308.  06/18/02  5100PL                      0                            2.88
80300293309.  06/18/02  5100PL                      0                            2.88
80300293310.  06/18/02  5100PL                      0                           42.35
80300293311.  06/18/02  0869PL                      0                           10.37

                                          DIVISION TOTAL                         0.00
```

Rec 88472  6/17/02  $ 7.95   1:01-161  Newell

TERM00

JUN 17 2002

PER _____ DEPUTY CLERK

(22)
ᴍ
6/26/02