07/09/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                                          1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300294501. | 07/09/02 | 6855XX | 3:02-OP-1 | 1 | -90.00 |
| 80300294502. | 07/09/02 | 5100PL | | 0 | 90.00 |
| 80300294601. | 07/09/02 | 6855XX | 3:02-OP-1 | 1 | -141.84 |
| 80300294602. | 07/09/02 | 5100PL | | 0 | 20.34 |
| 80300294603. | 07/09/02 | 5100PL | | 0 | 5.68 |
| 80300294604. | 07/09/02 | 0869PL | | 0 | 3.88 |
| 80300294605. | 07/09/02 | 0869PL | | 0 | 17.60 |
| 80300294606. | 07/09/02 | 5100PL | | 0 | 4.33 |
| 80300294607. | 07/09/02 | 0869PL | | 0 | 20.00 |
| 80300294608. | 07/09/02 | 0869PL | | 0 | 17.74 |
| 80300294609. | 07/09/02 | 5100PL | | 0 | 10.75 |
| 80300294610. | 07/09/02 | 0869PL | | 0 | 6.09 |
| 80300294611. | 07/09/02 | 5100PL | | 0 | 7.69 |
| 80300294612. | 07/09/02 | 5100PL | | 0 | 20.00 |
| 80300294613. | 07/09/02 | 0869PL | | 0 | 7.74 |
| 80300294701. | 07/09/02 | 6855XX | 3:02-OP-1 | 1 | -71.97 |
| 80300294702. | 07/09/02 | 5100PL | | 0 | 1.00 |
| 80300294703. | 07/09/02 | 5100PL | | 0 | 1.76 |
| 80300294704. | 07/09/02 | 0869PL | | 0 | 3.94 |
| 80300294705. | 07/09/02 | 5100PL | | 0 | 7.00 |
| 80300294706. | 07/09/02 | 0869PL | | 0 | 9.83 |
| 80300294707. | 07/09/02 | 5100PL | | 0 | 8.46 |
| 80300294708. | 07/09/02 | 5100PL | | 0 | 8.46 |
| 80300294709. | 07/09/02 | 0869PL | | 0 | 28.06 |
| 80300294710. | 07/09/02 | 0869PL | | 0 | 3.46 |

DIVISION TOTAL                                                        0.00

23

Km 7/15/02

1:01CV161
Termed — CFR

FILED
SCRANTON
JUL 8 2002
PER _____
DEPUTY CLERK

1:01-161   Newell

Rec 88678   7/8/02   $9.83