**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION AT ALBION**
10745 ROUTE 18, ALBION, PA 16475-0001
(814) 756-5778   FAX: (814) 756-9733

**JEFFREY A. BEARD, Ph.D.**
Secretary

**DENNIS R. ERHARD**
Deputy Secretary/Western Region



**WILLIAM J. WOLFE**
Superintendent

**BRUCE T. MARQUARDT**
Deputy Superintendent/FM

**V.L. KORMANIC**
Deputy Superintendent/CS

July 23, 2002

Clerk-U.S. District Court
P.O. Box 1148
Scranton, PA  18501-1148

FILED
SCRANTON

JUL 2 6 2002

PER _____
DEPUTY CLERK

Gentlemen,

    An inmate, Mr. Nathaniel Newell who has an open PLRA, CA 1:01-cv-00161 with the Middle District has recently paroled to a detainer with the Philadelphia County Sheriffs Department. Mr. Newell's release address is 1854 North Street, Philadelphia, PA 19122.

    Please call if you have any questions.

Sincerely,

Robert J. McCarthy
Business Manager

By,

Thomas J. Piotrowski
Accountant

RJM/rlb

cc:   File: IGWF/letter/Newell, Nathaniel

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."