09/04/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300298901. | 09/04/02 | 6855XX | 3:02-OP-1 | 1 | -158.48 |
| 80300298902. | 09/04/02 | 0869PL | | 0 | 4.56 |
| 80300298903. | 09/04/02 | 0869PL | | 0 | 7.74 |
| 80300298904. | 09/04/02 | 5100PL | | 0 | 5.60 |
| 80300298905. | 09/04/02 | 0869PL | | 0 | 14.74 |
| 80300298906. | 09/04/02 | 5100PL | | 0 | 11.53 |
| 80300298907. | 09/04/02 | 0869PL | | 0 | 30.00 |
| 80300298908. | 09/04/02 | 5100PL | | 0 | 54.64 |
| 80300298909. | 09/04/02 | 0869PL | | 0 | 8.10 |
| 80300298910. | 09/04/02 | 0869PL | | 0 | 21.57 |
| 80300299001. | 09/04/02 | 6855XX | 3:02-OP-1 | 1 | -22.75 |
| 80300299002. | 09/04/02 | 5100PL | | 0 | 4.00 |
| 80300299003. | 09/04/02 | 5100PL | | 0 | 1.30 |
| 80300299004. | 09/04/02 | 5100PL | | 0 | 17.45 |

DIVISION TOTAL        0.00

*Handwritten notes:*

REC 89203   8/16/02   $14.74   1:01-161   Newell   TERMED

FILED
SCRANTON

AUG 16 2002

PER _____ DEPUTY CLERK

(25)
9/6/02